IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HERBERT L. CAMPBELL,** | ) | **CASE NO. 4:13CV3102** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **FRED BRITTEN, et al,** | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's "Motion for Evidentiary Hearing and Brief." (Filing No. 6.) Liberally construed, Petitioner moves the court for a hearing on the court and clerk's office's failure to construe a particular document as a notice of intent to appeal to be filed in Case Number 4:12CV3257. Because the document has now been filed as a notice of appeal in Case Number 4:12CV3257 as of the date it was first received, no hearing on the issue is necessary. (*See* Filing No. 4 (directing the clerk's office to file the materials found at Filing Number 1 as a notice of appeal in 4:12CV3257).)

IT IS THEREFORE ORDERED that: Petitioner's Motion for Evidentiary Hearing and Brief (Filing No. 6) is denied. The clerk's office is directed to mail to Petitioner a copy of the Docket Sheet in Case Number 4:12CV3257.

DATED this 12th day of June, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.